# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Viola Wiggins , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12-cv-00196 |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael J. Astrue , | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2014 Order.

January 16, 2014

Frank G. Johns, Clerk
United States District Court